No. 99–9858. SELF *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9862. LANGADINOS *v.* TRUSTEES OF TOURO COLLEGE ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–9863. COLEMAN *v.* RYAN, ATTORNEY GENERAL OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–9865. BROWN *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 99–9867. ANDREWS *v.* BELL. C. A. 4th Cir. Certiorari denied.

No. 99–9868. CHAMBERS *v.* WELBORN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–9869. ACIERTO *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 99–9870. SOAPES *v.* PAYNE, SUPERINTENDENT, McNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 99–9871. CARTER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–9872. THOMAS, AKA ALLAH *v.* SIKES, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 99–9873. WILLIAMS *v.* HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9875. ALLEN *v.* MILLER, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 99–9877. COLEMAN *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–9879. BLACKWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.